DORMAN PRODUCTS, INC., Appellant,

v.

David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

Federal–Mogul Corp. and Federal– Mogul Worldwide, Inc., Appellees.

No. 2011–1481.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

Raymond T. Chen, Robert J. McManus, Patent & Trademark Office, Alexandria, VA, John A. Artz, Dickinson Wright PLLC, Bloomfield Hills, MI, for Appellees.

Anthony S. Volpe, Ryan W. O'Donnell, Volpe and Koenig, P.C., Philadelphia, PA, for Appellant.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.